UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN J. DUNN,

    Plaintiff,

-vs-

CCH, INC.,

    Defendant.
_____/

Case No. 10-13731
Hon: AVERN COHN

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

    For the reasons stated on the record at a hearing on January 24, 2012, Plaintiff's Motion To Compel Production Of Subpoenaed Documents And Materials Against Third Party Thomson Reuters (Doc. 15) is DENIED without prejudice.

    Thomson Reuters shall file with the Court under seal the sales figures for each of the last five (5) calendar years of its publication *IRS Practice & Procedure, Revised Second Edition*. The figures will not be released by the Court without prior notice to Thomson Reuters and an opportunity to be heard.

    SO ORDERED.


Dated: January 26, 2012

    S/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 26, 2012, by electronic and/or ordinary mail.

    S/Julie Owens
    Case Manager, (313) 234-5160